UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| STEPHINE M. WELLS,<br><br>               Plaintiff,<br><br>        v.<br><br>NASF VAN LINES, INC., et al.,<br><br>               Defendants. | Case No.  15-cv-02226-KAW<br><br>**ORDER TO SHOW CAUSE** |

On November 3, 2017, the Court granted Attorney Jeffrey Nadel's motion to withdraw as Defendant NASF Van Lines, Inc.'s counsel.  (Dkt. No. 58 at 1.)  In the order, the Court explained that "[b]ecause Defendant NASF Van Lines, Inc. is a corporation, it is not able to appear in federal court except by counsel."  (*Id.* at 3.)  The Court gave Defendant NASF Van Lines, Inc. 45 days to find substitute counsel, and warned that "[i]f Defendant does not file a substitution of counsel within 45 days, then its answer will be deemed stricken and Plaintiff may move to have default entered against it."  (*Id.* at 3-4.)  The Court also ordered Attorney Nadel to serve the withdrawal order on Defendant NASF Van Lines, Inc. and to file a proof of service of such service.  (*Id.* at 4.)

As of the date of this order, Attorney Nadel has not filed the required proof of service.[1] Accordingly, the Court ORDERS Attorney Nadel to show cause, by **January 12, 2018**, why Attorney Nadel has not filed the proof of service required by the Court's November 3, 2017 order.

IT IS SO ORDERED.

Dated: January 5, 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge

---

[1] On November 21, 2017, Attorney Nadel filed a notice of ruling, which incorrectly stated that Defendant NASF Van Lines, Inc. had 30 days to find substitute new counsel.  (Dkt. No. 59 at 2.) The notice of ruling does not indicate whether the Court's November 3, 2017 order was served on Defendant NASF Van Lines, Inc., as ordered by the Court.